UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ZAMORA,<br><br>  Plaintiff,<br><br>  v.<br><br>VERTEX AEROSPACE, LLC,<br><br>  Defendant. | No. 1:22-cv-00525-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 12) |

On November 7, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 12.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**November 8, 2022**__        /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE